UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:21-cv-05617-VBF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, and the Report and Recommendation.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.  THEREFORE IT IS ORDERED THAT: **The Defendants' Motion for Partial Summary Judgment (Doc #84) is GRANTED** and Plaintiff's Fourth Amendment search and seizure, false arrest, and <u>Monell</u> claims are **DISMISSED** with prejudice;

   The Defendants' Motion to Dismiss the Second Amended Complaint and Motion to Strike Certain Relief (both in Doc #68) are **DENIED**.

Dated:  January 9, 2023            /s/ Valerie Baker Fairbank
                                             HON. VALERIE BAKER FAIRBANK
                                             Senior United States District Judge