UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-05617-VBF-SHK | Date: | July 19, 2023 |
| Title: | *Christopher Wilson v. Los Angeles Police Department, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER**

The operative complaint in this action is Plaintiff Christopher Wilson's ("Plaintiff") Second Amended Complaint ("SAC") which was filed on December 13, 2021. Electronic Case Filing Number ("ECF No.") 62, SAC. On January 18, 2023, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties were to file their status report no later than June 23, 2023. ECF No. 100, CMO. On June 23, 2023, the Court received Defendants' status report. ECF No. 104. However, Plaintiff has not filed his status report.

Accordingly, on or before **July 28, 2023**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file his status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or file his status report before July 28, 2023, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**