**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-05617-VBF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: August 21, 2024

/s/ Valerie Baker Fairbank
_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge